IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHYNEICE RICHIE,<br><br>    Defendant. | 8:19CR102<br><br>ORDER ON PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE |

The defendant appeared before the Court on September 14, 2021 for a disposition hearing and detention hearing regarding a Petition for Action on Conditions of Pretrial Release [77]. Peder Bartling represented the defendant. Kimberly Bunjer represented the government.

The parties requested a continuance of the final disposition hearing which was granted. A final disposition hearing is scheduled before Susan M. Bazis in Courtroom 7, 2nd Floor, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE, on Monday, December 20, 2021 at 10:00 am.

The government did not seek detention in this matter. The defendant requested to be released on present or amended conditions. After consideration of the report of Pretrial Services and the arguments of the parties the Court finds there are conditions or combination of conditions that will reasonably assure the defendant will not flee or will not pose a danger to any other person or the community, and the defendant is likely to abide by conditions of release. The defendant's request for release is granted. A new Order Setting Conditions of Release will be entered by separate order.

**IT IS SO ORDERED**.

Dated this 14th day of September, 2021.

                BY THE COURT:

                s/ Susan M. Bazis
                United States Magistrate Judge